## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

KYMONTUS L. MCSHAN,

      Petitioner,

v.

                                        Case No. 23-CV-00869-SPM

UNITED STATES OF AMERICA,

      Respondent.

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of January 3, 2024 (Doc. 13), this action is **DISMISSED with prejudice**.

**DATED: January 3, 2024**

                                    **MONICA A. STUMP,**
                                    **Clerk of Court**

                                **By:** *s/ Jackie Muckensturm*
                                    **Deputy Clerk**

**APPROVED:** *s/ Stephen P. McGlynn*
                     **STEPHEN P. MCGLYNN**
                     **U.S. District Judge**