IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KYMONTUS L. MCSHAN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 23-CV-00869-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 7, 2024 (Doc. 22), this action is **DISMISSED with prejudice**. The Court **DECLINES** to issue a certificate of appealability.

**DATED: March 7, 2024**

                              MONICA A. STUMP,
                              Clerk of Court


                              By: *s/ Jackie Muckensturm*
                                    Deputy Clerk


**APPROVED:** *s/ Stephen P. McGlynn*
                  STEPHEN P. MCGLYNN
                  U.S. District Judge